**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**INTERNATIONAL IP HOLDINGS, LLC**, a Michigan limited liability company, and **INNOVATION VENTURES, LLC**, a Michigan limited liability company,

        Plaintiffs,        CASE NO. 19-11716
                                        HON. DENISE PAGE HOOD

v.

**VITAMIN ENERGY, LLC**, a Delaware limited liability company,

        Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION FOR A PROTECTIVE ORDER AND STAY [#37]

On April 20, 2020, Defendant Vitamin Energy LLC ("Defendant") filed a Motion to Stay Discovery until Michigan ended its Stay-at-Home Order, which was precipitated by the COVID-19 global pandemic. [ECF No. 37] The Court had a hearing on this Matter on July 22, 2020. For the reasons stated on the record, Defendant's Motion to Stay Discovery is **DENIED** without Prejudice.

At the hearing the parties also discussed the effect that the pandemic may have on Discovery. Subsequently, the Court ordered the parties to submit a new

Rule 26(f) plan to the Court by 12:00 pm on Tuesday, August 18, 2020. A hearing to discuss Discovery going forward is set for Wednesday, August 19, 2020.

Accordingly,

IT IS HEREBY ORDERED that Defendant's Motion for a Protective Order and Stay [ECF No. 37] is **DENIED without Prejudice**.

IT IS FURTHER ORDERED that the parties will submit a new Rule 26(f) plan to the Court by 12:00 pm on Tuesday, August 18, 2020.

IT IS ORDERED.

DATED: August 6, 2020

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge