**From:** Steven Susser
**Sent:** Monday, September 8, 2025 8:59 AM
**To:** Marc Lorelli <mlorelli@brookskushman.com>
**Cc:** INNV0104L - Brooks Kushman <innv0104l@brookskushman.com>; schooff <schooff@LEGALSERVICESGROUPPLLC.COM>; Aaron V. Burrell (he/him/his) <aburrell@dickinson-wright.com>; Jessica Fleetham <Jessica@evialaw.com>
**Subject:** RE: 5 Hour -- Rebuttal Reports

Marc: Sorry to be a pest but our first deposition is in about two weeks and we will have a lot of logistics to arrange. Please let me know if the dates and general locations below are confirmed.

**Steven Susser**
248.232.0013 direct
www.evialaw.com

EVIALAW
PATENT / CONTRACT LITIGATION

**From:** Steven Susser
**Sent:** Thursday, September 4, 2025 12:31 PM
**To:** Marc Lorelli <mlorelli@brookskushman.com>
**Cc:** INNV0104L - Brooks Kushman <innv0104l@brookskushman.com>; schooff <schooff@LEGALSERVICESGROUPPLLC.COM>; Aaron V. Burrell (he/him/his) <aburrell@dickinson-wright.com>; Jessica Fleetham <Jessica@evialaw.com>
**Subject:** 5 Hour -- Rebuttal Reports

Marc: See my comments below in red. Our proposals assume that you have confirmed your proposed dates.

Please confirm these dates as soon as possible.

**Steven Susser**
248.232.0013 direct
www.evialaw.com

EVIALAW
PATENT / CONTRACT LITIGATION

**From:** Marc Lorelli <mlorelli@brookskushman.com>
**Sent:** Friday, August 29, 2025 4:42 PM
**To:** Steven Susser <steven@evialaw.com>
**Cc:** INNV0104L@brookskushman.com; schooff <schooff@legalservicesgroupllc.com>; 'Aaron V.

Burrell' <ABurrell@dickinson-wright.com>; Jessica Fleetham <Jessica@evialaw.com>
**Subject:** RE: 5 Hour -- Rebuttal Reports

Steve –

Here is what I am thinking at the moment, subject to confirmations.

Simonson – September 23 (Video) – Okay

Carpenter – September 25 (Chicago) – Okay

Krider – September 25 (College Station) – Okay

Keegan Oct. 2 (New York) – Okay

Carter – October 3 (NYC)

Neal – October 6 (NYC)

Crawford – Oct. 8 (Video) – Okay but cannot start until 11 am; we expect to be done by 5 pm

Anderson – Oct. 13 (Encino)- Okay

Knapp – Oct. 14 (Michigan) – Okay

Buffington – Oct. 17 (Tampa)

As for locations, I suggest the easiest way to handle is for the deponent to choose the area (city, town, etc.) as we both have done above and for the deposing party choose the precise location (office, court reporter's office, etc.).

Let connect next week to move this forward.

Regards, Marc