**From:** Craig Pavlock <CPavlock@oaklandlawyersgroup.com>
**Sent:** Monday, September 8, 2025 11:48 AM
**To:** Steven Susser <steven@evialaw.com>
**Cc:** Marc Lorelli <mlorelli@brookskushman.com>; Tom W. Cunningham <tcunningham@brookskushman.com>
**Subject:** Expert discovery

Mr. Susser –

As you know, I am with the Oakland Law Group and represent Innovation Ventures but was left off of certain of these communications. Please ensure that you are copying me on all correspondence. I was copied on Mr. Lorelli's request to mediate and postpone the remainder of expert discovery. It is our understanding that you will speak with your client about mediation, but did not agree to postpone the remainder of expert discovery. This appears to be a decision that you made without consultation with your client because it appears to me that proceeding with mediation before engaging in expensive expert discovery makes sense for all. As Mr. Lorelli indicated, Manoj Bhargava will participate in the upcoming mediation.

Because you will not agree to postpone the remainder of expert discovery, we will be filing a motion for this relief as well as to engage Judge Rosen again for mediation. If, after consultation with your client, you agree to mediate and postpone the remainder of expert discovery, please let us know, otherwise we will identify the motion as opposed. To be clear, we will not be proceeding with the expert schedule for the deposition given this motion and our disagreement.

Regards,

Craig

*Craig O. Pavlock*
Associate Counsel
OAKLAND LAWYERS GROUP, PLLC
38955 Hills Tech Drive
Farmington Hills, MI 48331
248.560.0198 – Main, Ext. 11014
248.536.3292 – Direct Dial
248.536.0882 – Direct Fax