**From:** Steven Susser
**Sent:** Monday, September 8, 2025 2:21 PM
**To:** Craig Pavlock <CPavlock@oaklandlawyersgroup.com>
**Cc:** Marc Lorelli <mlorelli@brookskushman.com>; Tom W. Cunningham <tcunningham@brookskushman.com>
**Subject:** RE: Expert discovery

Mr. Pavlock: I think we may have met at Jeff Sigouin's deposition but I did not realize that you had an outward facing role.

I will do you the service of ignoring your comment about my consultation with my client, unless you are accusing me of violating Rule 1.4 of the Michigan Rules of Professional Conduct.

As for the remainder of your email, it sounds like you are demanding that the case that 5 Hour started now be mediated for the third time because it is what you want. If you would like to end this case, you can ask for a dismissal with prejudice, which we would consider. Or, you could make a settlement offer, which, again, we will consider.

I note that both sides have already spent a lot of money on expert reports. In fact, 5 Hour served five expert reports just two months ago, necessitating Vitamin Energy to secure five of its own rebuttal experts. In addition, many people have carved-out time in their busy schedules to be available for depositions according to an amended Court schedule that 5 Hour agreed to just last month. Now, two weeks before the first of these depositions, you tell me for the first time that 5 Hour refuses to honor that schedule. I ask you to reconsider. If not, until you get a ruling from the Court that alters the case schedule, I expect to get confirmation on the expert depositions from someone representing 5 Hour. If I do not get that confirmation by tomorrow at 5 pm ET, I will be forced to file a motion to compel. To this end, please let me know if you (or another 5 Hour representative) are available for a meet and confer during the morning of September 10.

As for Manoj Bhargava's presence at mediation, my understanding is that 5 Hour has taken the position, both in connection with the two previous mediations and Vitamin Energy's attempt to depose him, that Mr. Bhargava has only a limited role in running the company. Has something changed?

**Steven Susser**
248.232.0013 direct
www.evialaw.com

EVIALAW
PATENT / CONTRACT
LITIGATION