**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **INTERNATIONAL IP HOLDINGS, LLC**, a Michigan limited liability company, and **INNOVATION VENTURES, LLC**, a Michigan limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>**VITAMIN ENERGY, INC.**, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:19-CV-11716-DPH-MKM<br><br>Hon. Denise Page Hood<br><br>Magistrate Judge David R. Grand |

# DEFENDANT'S MOTION FOR LIMITED DISCOVERY

In this lawsuit, International IP Holdings, LLC and Innovation Ventures, LLC (collectively, "5 Hour") contend that Defendant Vitamin Energy, Inc. ("Vitamin Energy") has caused consumers to believe there is an affiliation between Vitamin Energy, on the one hand, and 5 Hour, on the other hand. 5 Hour further contends that it has been harmed by negative reviews of Vitamin Energy's products on Amazon, which 5 Hour claims are causing negative thoughts about their own products and company as a result of this affiliation.

After the close of fact discovery in this case, two suspicious reviews were left on Vitamin Energy's Amazon listings. The content and tone of the reviews suggests they were left by 5 Hour itself, or by someone at 5 Hour's behest. After investigation, Vitamin Energy was able to link the reviews to shipments to the same state, city and zip code of 5 Hour's headquarters, located in Farmington Hills, MI. Vitamin Energy also identified two other suspicious reviewers.

If the origin of these suspicious reviews is 5 Hour, then 5 Hour is manufacturing evidence that conveniently supports its own theories in this lawsuit in real time. This is sanctionable behavior.

Vitamin Energy asks the Court to reopen limited discovery to allow Vitamin Energy to confirm the origin of the reviews. Specifically, Vitamin Energy asks to serve one interrogatory on 5 Hour and one third party subpoena on Amazon that contains four requests for documents. Vitamin Energy has already prepared this discovery and it is attached to this Motion as Exhibits A and B, respectively.

Vitamin Energy sought concurrence from 5 Hour as to the relief requested by this Motion and 5 Hour denied the same.

Respectfully submitted,

**Dickinson Wright PLLC**

**/s/ *Sharae' L. Williams***
Aaron V. Burrell (P73708)
Sharae' L. Williams (P82493)
500 Woodward Ave., Suite 4000
Detroit, MI 48226-5403
313-223-3500
aburrell@dickinson-wright.com
swilliams@dickinson-wright.com

*Counsel for Defendant Vitamin Energy, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **INTERNATIONAL IP HOLDINGS, LLC**, a Michigan limited liability company, and **INNOVATION VENTURES, LLC**, a Michigan limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>**VITAMIN ENERGY, INC.**, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:19-CV-11716-DPH-MKM<br><br>Hon. Denise Page Hood<br><br>Magistrate Judge David R. Grand |

**BRIEF IN SUPPORT OF DEFENDANT'S MOTION FOR LIMITED DISCOVERY**

# TABLE OF CONTENTS


**TABLE OF CONTENTS** ........ **I**

**TABLE OF AUTHORITIES** ........ **II**

**STATEMENT OF THE ISSUES PRESENTED** ........ **II**

**CONTROLLING OR MOST APPROPRIATE AUTHORITY** ........ **2**

**INTRODUCTION** ........ **3**

**FACTUAL BACKGROUND** ........ **5**

- A. VITAMIN ENERGY'S AMAZON SALES AND REVIEWS ........ 5
- B. SUSPICIOUS REVIEWS ........ 6
- C. 5 HOUR'S ORDERS ........ 8
- D. 5 HOUR'S EXPERT REPORTS ........ 9

**ARGUMENT** ........ **10**

# TABLE OF AUTHORITIES

**Cases**

*Custard Hut Franchise LLC v. H&J Jawad LLC*,

697 F. Supp. 3d 723, 729 (E.D. Mich. 2023) ................................................2, 10

*Thomas v. Lambert*,

600 F. Supp. 3d 793 (E.D. Mich. 2022) ...........................................................11

**Rules**

Fed. R. Civ. P. 16(b)(4).........................................................................................2, 10

## STATEMENT OF THE ISSUES PRESENTED

Should the Court reopen limited discovery prompted by suspicious reviews of Vitamin Energy's products left after the close of discovery and that Vitamin Energy has reason to believe were left by 5 Hour?

Vitamin Energy's answer: Yes.

**CONTROLLING OR MOST APPROPRIATE AUTHORITY**

*Custard Hut Franchise LLC v. H&J Jawad LLC*, 697 F. Supp. 3d 723 (E.D. Mich. 2023)

*Thomas v. Lambert*, 600 F. Supp. 3d 793 (E.D. Mich. 2022)

Fed. R. Civ. P. 16(b)(4)

# INTRODUCTION

This Motion seeks limited discovery as to whether 5 Hour Energy wrote negative reviews of Vitamin Energy products. If 5 Hour did not, then the limited discovery requested will confirm that. If 5 Hour did, that would represent a significant problem as 5 Hour has relied in part on negative reviews of Vitamin Energy products as the basis for the alleged harm Vitamin Energy has caused it.

On August 8, 2025, two Amazon reviews were left for Vitamin Energy's products Immune+ Grape and Immune+ Fruit Punch by a user called Brutally Honest Bee. The reviewer wrote in an odd, marketing-speak tone, and claimed he or she preferred 5 Hour's product. This peaked the suspicion of Defendant's Chief Operating Officer, Deimar Gutierrez ("Mr. Gutierrez"). Mr. Gutierrez was able to link the reviews to a customer in one of two locations: a zip code in California or a zip code in Farmington Hills, Michigan—the latter of which is the location of 5 Hour's headquarters.

Further investigation identified two other suspicious reviewers. In both cases, the reviewers left negative reviews of Vitamin Energy's products for specific attributes, but left positive reviews of 5 Hour's products despite 5 Hour's products having the same attributes.

These coincidences are too great to ignore. Vitamin Energy asks the Court to reopen fact discovery for the limited purpose of allowing Vitamin Energy to (1)

confirm the identity of the three suspicious reviewers, and (2) get more information about Amazon orders shipped to Farmington Hills, MI (about 60 orders from 2020 to 2025), the location of 5 Hour's headquarters, so it can determine if 5 Hour left any other negative reviews for its products. If it is confirmed that 5 Hour is leaving negative reviews on Vitamin Energy's Amazon listings, it will have significant implications on this case. It would show not only that 5 Hour is manufacturing evidence to support its claims against Vitamin Energy, but also that 5 Hour is deliberately targeting Vitamin Energy's Amazon business as it has already done for Vitamin Energy's convenience store business.[1] This is sanctionable, and separately actionable behavior.

Vitamin Energy does not expect this limited discovery to cause significant delay in the case schedule, nor will it prejudice 5 Hour. Fact discovery closed about two months ago and expert discovery is ongoing. Moreover, 5 Hour has just asked the Court to stay this case and order the parties to mediation, so 5 Hour itself has asked to delay the case schedule. [ECF No. 138.] Vitamin Energy is attaching its proposed interrogatory to 5 Hour and third-party subpoena to Amazon as Exhibits A and B to this Motion, and is ready to serve them immediately upon the Court's order.

---

[1] *See* Vitamin Energy's co-pending lawsuit against 5 Hour for Sherman Act violations, styled *Vitamin Energy Inc. v Bhargava et al.*, case no. 2:24-cv-13125-JJCG-EAS pending in this Court before Judge Grey.

## FACTUAL BACKGROUND

### A. Vitamin Energy's Amazon Sales and Reviews

Vitamin Energy sells several of its products on Amazon where consumers can, and often do, post product reviews. Honest consumer reviews are highly valuable to any brand, as they help to establish social proof for products, increase visibility, build trust with potential buyers, and provide product feedback for improvement. [Gutierrez Declaration, Exhibit C at ¶¶3-4.] In addition, Amazon itself takes into account reviews when determining which products to amplify in shopper's search results. [*Id*. at ¶4.] Vitamin Energy's products are well-liked by Amazon customers: about 87% of reviews of Vitamin Energy's products are four stars or higher. [*Id*. at ¶6.]

Vitamin Energy participates in Amazon's Vine Program ("Vine"), a service that invites anonymous reviewers to receive free products from Amazon sellers in exchange for genuine product reviews. [*Id*. at ¶¶5, 7.] Vine reviews carry extra weight in Amazon's internal algorithm, which makes the Vine program susceptible to strategic misuse. [*Id*.]

Most of Vitamin Energy's Amazon sales are fulfilled by Amazon or "FBA." [*Id*. at ¶5.] For FBA sales, Amazon only provides Vitamin Energy with the city, state, and zip code to which the order is shipped. [*Id*.] Vitamin Energy cannot

confirm a link between an order and a specific address or a specific reviewer without more information from Amazon—hence the need for a third-party subpoena.

B. Suspicious Reviews

On August 8, 2025, over a month after the close of fact discovery in this case (ECF No. 118), reviewer "Brutally Honest Bee" left three-star reviews on two of Vitamin Energy's products through Amazon's Vine program. The language used in the reviews is unusual—the tone and grammar is overly formal, approaching marketing-speak, and both reviews contain gratuitous references to 5 Hour's product. The reviews are reproduced below:



Brutally Honest Bee

**Going Back To 5 Hour Shots!**

Reviewed in the United States on August 8, 2025

**Amazon Vine Customer Review of Free Product** ( What's this? )

I always appreciate a good vitamin blend added to my beverages, but if I'm reaching for an energy shot, it's because I need a serious jolt. That reach usually means I'm deep in the "sunken place" but trying to pull it together and handle business!

While I did feel a bit more clarity after taking these Vitamin Energy shots, they just didn't pack the punch I needed, and usually get, from 5 Hour Energy. As for the taste... not a fan. I tried both the grape and fruit punch flavors, and they both had this unpleasant mild cough syrup vibe. Then again, if they had given me the energy boost I was looking for, I probably wouldn't have had time to sit around thinking about the flavor, I'd have been too busy getting stuff done!



Brutally Honest Bee

**A Bit Of Enhanced Clarity But Not Enough Of A Energy Boost**

Reviewed in the United States on August 8, 2025

**Amazon Vine Customer Review of Free Product** ( What's this? )

These Vitamin Energy shots don't quite compare to the quick, all-around boost I get from 5-Hour Energy. I did notice a bit of improved clarity, enough to sit down and focus on writing, but I definitely wasn't hit with that full-body jolt of energy that gets me cleaning the house like the other brand does. The taste was also a little off-putting, kind of like a mild cough syrup. Thankfully, it fades pretty quickly, and I would've been fine to ignore it if the energy kick had delivered. That said, I do appreciate the vitamin blend, and the 8-pack of individual shots feels like a decent value for the price.

Given the strange nature of the reviews, Mr. Gutierrez dug deeper. He reviewed Vitamin Energy's Vine order records to identify the customers that ordered

both of the products that Brutally Honest Bee ordered (Vitamin Energy's Immune+ Grape and Immune+ Fruit Punch). [*Id*. at ¶¶8(a).] Mr. Gutierrez found that only two Vine customers placed orders for both products, one of which shipped to Los Angeles, CA 90043 and the second of which shipped to Farmington Hills, MI 48331. [*Id*.] The Farmington Hills zip code is the zip code of 5 Hour's headquarters.[2]

Mr. Gutierrez's research identified other suspicious reviews and suspicious orders. Some examples are addressed in this Motion, but Vitamin Energy expects the limited discovery it seeks will unearth further connections to 5 Hour. One example is the user "Rich L," who posted two three-star reviews of Vitamin Energy products in March 2025, deducting stars for ingredients he described as "frowned upon" (sucralose and Red 40). Days earlier he gave five stars to 5-Hour Energy while acknowledging the same ingredients. [*Id*. at ¶¶8(b).] It is not typical for a consumer to denigrate one product for a certain attribute while excusing that same attribute in a competing product, suggesting this set of reviews is not genuine. [*Id*.] Mr. Gutierrez tied Rich L to a cluster of 17 Vine orders shipped to the same zip+4 in New Hampshire. [*Id*.] It is unexpected to have so many Vine orders ship to the same zip code with a year. [*Id*.]

---

[2] *See*, *e.g.*, https://5hourenergy.com/pages/contact; https://www.linkedin.com/company/5-hour-energy;

Another example is "Spockwithalightsaber" who similarly posted a three-star review of Vitamin Energy's product emphasizing lack of regulatory oversight/testing. This reviewer also left a review of 5 Hour's products that downplays similar concerns and calls the 5 Hour product "perfectly safe." [*Id.* at ¶¶8(c).] Again, this is not typical consumer behavior and suggests this set of reviews is not genuine. [*Id.*]

C. <u>5 Hour's Orders</u>

This would not be the first time 5 Hour ordered Vitamin Energy's product. In 2020, 5 Hour's marketing consultant, Kate Wilson, admitted to ordering Vitamin Energy product for 5 Hour, ostensibly for "market research." [Exhibit D, Excerpts from Dep. Trans. of Kate Wilson, 60:17-61:8.] Ms. Wilson even called Vitamin Energy to get information about its products, then lied about her affiliation with 5 Hour when asked. [Ex. D at 91:18-92:1, 94:15-95:8.]

Indeed, Vitamin Energy's records show that Vitamin Energy's product were shipped to Ms. Wilson's home address a total of four times, the most recent of which was on July 14, 2025. [Ex. C at ¶12.] This is five months after Ms. Wilson claims she separated from 5 Hour. [Ex. D at 15:15-16.] Ms. Wilson testified that Vitamin Energy's product tastes terrible—so presumably she did not place any of these orders for personal use. [*Id.* at 22:10-15.]

Mr. Gutierrez also identified about 60 orders that were shipped to 5 Hour's zip code from 2019 to 2025, eight of which were Vine orders. [Ex. C at ¶¶9, 11.] Based on the population of this zip code compared to others around the country, this is an unexpectedly high number of orders concentrated in 5 Hour's zip code. [*Id.*] Vitamin Energy believes that 5 Hour, or someone at its behest, is placing these orders. At best, the purpose of the orders is for market research; at worst, the orders are being placed in order to leave negative verified or Vine Amazon reviews for Vitamin Energy's products.

D. <u>5 Hour's Expert Reports</u>

5 Hour submitted expert reports in this matter on July 8, 2025. In particular, 5 Hour's expert Gregory S. Carpenter, who purports to be an expert in marketing, opined that Vitamin Energy has caused consumers to believe there is an affiliation between itself and 5 Hour. [*See, e.g.*, Exhibit E, Expert Report of Gregory S. Carpenter at ¶88.] In support of his conclusion, Mr. Carpenter claims that negative review of Vitamin Energy's products on Amazon may negatively affect 5 Hour because of this affiliation. [*Id.* at ¶112.] Mr. Carpenter specifically points to example reviews where a customer was disappointed by the amount of energy they received from Vitamin Energy's product, just like the Brutally Honest Bee reviews discussed above. [*Id.* at ¶110.]

Mr. Carpenter also claims reviews that mention 5 Hour or its products indicate customer confusion about the source of Vitamin Energy's products—a key issue for its trademark infringement claims against Vitamin Energy. [*Id*. at ¶85.] Again, the Brutally Honest Bee reviews do the same.

5 Hour's damages expert, Rodney L. Crawford, [redacted] [Exhibit F, Expert Report of Rodney L. Crawford at ¶56.] [redacted]. [*Id*. at ¶57.] [redacted]

In sum, the suspicious reviews were left shortly after Plaintiffs' expert reports were submitted, are linked to 5 Hour's headquarters, and conveniently support the assertions made in those reports.

**ARGUMENT**

The Court may modify this case schedule for good cause to allow limited discovery. *Custard Hut Franchise LLC v. H&J Jawad LLC*, 697 F. Supp. 3d 723, 729 (E.D. Mich. 2023) (citing Fed. R. Civ. P. 16(b)(4)). "Good cause is present if a party seeking to extend a deadline shows that despite its diligence it could not meet it." *Thomas v. Lambert*, 600 F. Supp. 3d 793, 808 (E.D. Mich. 2022) (internal

citation omitted). The Court may also consider whether the opposing party would be prejudiced by a modification to the case schedule. *Id.*

Vitamin Energy has been diligent in discovery. The suspicious reviews prompting Vitamin Energy's investigation were left on August 8, 2025, over a month after the close of fact discovery on June 18, 2025. [ECF No. 118.] Mr. Gutierrez acted swiftly in investigating the suspicious reviews when they came to his attention by thoroughly investigating Vitamin Energy's Amazon records since 2019. Vitamin Energy has already prepared the limited discovery it seeks (Exhibits A and B) and is prepared to serve it immediately upon the Court's order.[3]

5 Hour would not be prejudiced by the limited discovery Vitamin Energy is seeking. 5 Hour itself asked to stay this case a few days ago, and so is not anxious to get to trial. [ECF No. 138.] In any case, Vitamin Energy does not expect the limited discovery to significantly alter the current case schedule. Answering Vitamin Energy's singular focused interrogatory will not nuisance 5 Hour.

[3] Exhibit A is an interrogatory to 5 Hour. Vitamin Energy has served the maximum number of interrogatories allowed in this case, but asks permission to serve this additional interrogatory as it is the most efficient way to get the information it needs.

Respectfully submitted,

**Dickinson Wright PLLC**

**/s/ *Sharae' L. Williams***
Aaron V. Burrell (P73708)
Sharae' L. Williams (P82493)
500 Woodward Ave., Suite 4000
Detroit, MI 48226-5403
313-223-3500
aburrell@dickinson-wright.com
swilliams@dickinson-wright.com

*Counsel for Defendant Vitamin Energy, Inc.*

September 17, 2025

**CERTIFICATE OF SERVICE FOR E-FILING**

I hereby certify that on September 17, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to counsel of record.

**/s/ *Yulunder Amos***

4918-2246-8714 v2 [107075-1]