**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **INTERNATIONAL IP HOLDINGS, LLC**, a Michigan limited liability company, and **INNOVATION VENTURES, LLC**, a Michigan limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>**VITAMIN ENERGY, INC.**, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:19-CV-11716-DPH-MKM<br><br>Hon. Denise Page Hood<br><br>Magistrate Judge David R. Grand |

**INDEX OF EXHIBITS TO DEFENDANT'S MOTION FOR LIMITED DISCOVERY**

**Exhibit A** – Proposed Interrogatory to Plaintiffs

**Exhibit B** – Proposed Third Party Subpoena Schedule to Amazon

**Exhibit C** – Declaration of Deimar Gutierrez

**Exhibit D** – Excerpts from Deposition Transcript of Kate Wilson

**Exhibit E** – Expert Report of Gregory S. Carpenter

**Exhibit F** – Expert Report of Rodney L. Crawford [FILED UNDER SEAL]