**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **INTERNATIONAL IP HOLDINGS, LLC**, a Michigan limited liability company, and **INNOVATION VENTURES, LLC**, a Michigan limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>**VITAMIN ENERGY, LLC**, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:19-CV-11716-DPH-MKM<br><br>Hon. Denise Page Hood<br><br>MJ David R. Grand |

**DEFENDANT VITAMIN ENERGY, INC.'S**
**INTERROGATORY TO PLAINTIFFS INNOVATION VENTURES, LLC AND INTERNATIONAL IP HOLDINGS, LLC**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendant Vitamin Energy, Inc. ("Vitamin Energy") hereby requests Innovation Ventures, LLC answer these interrogatories within thirty (30) days of service upon Innovation Ventures, LLC.

**[DEFINITIONS AND INSTRUCTIONS OMITTED]**

## INTERROGATORIES

**Interrogatory No. 1**:

Identify and describe every Interaction* that Plaintiffs, Plaintiffs' employees, Plaintiffs' contractors, Manoj Bhargava, or any person acting at the direction of the foregoing, has had with Vitamin Energy's product listings on Amazon. For each Interaction, provide the following:

1. The type of Interaction (order or review) and, if an order: the order number and type and amount of product purchased; and, if a review: the product reviewed, the star rating given, and the content of the review;
2. The date of the Interaction;
3. The name of the person who performed the Interaction;
4. The Amazon username used for the Interaction; and
5. The person at whose direction the Interaction was performed, if different from the person who performed the Interaction.

**ANSWER**:

* "Interaction" means each order placed for a Vitamin Energy product and each review left that refers or relates to a Vitamin Energy product.

**Dickinson Wright PLLC**

***/s/ Sharae' L. Williams***
Aaron Burell (P73708)
Sharae' L. Williams (P82493)
500 Woodward Ave., Suite 4000
Detroit, MI 48226-5403
313-223-3500
aburrell@dickinson-wright.com
swilliams@dickinson-wright.com

*Counsel for Defendant Vitamin Energy, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date that the Court granted Vitamin Energy's Motion for Limited Discovery, I caused the foregoing Interrogatories to be served upon Plaintiffs' counsel of record via email.

***/s/ Sharae' L. Williams***