## SCHEDULE A

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Vitamin Energy, Inc. ("Vitamin Energy") hereby requests Amazon.com, Inc. ("Amazon") produce the following documents and things.

**[DEFINITIONS AND INSTRUCTIONS OMITTED]**

## <u>REQUESTS FOR PRODUCTION</u>

**<u>Request for Production No. 1</u>**: Documents sufficient to identify the name, billing address, shipping address, and IP address for the user that left the following reviews:

Brutally Honest Bee

★★★☆☆ **Going Back To 5 Hour Shots!**

Reviewed in the United States on August 8, 2025

**Amazon Vine Customer Review of Free Product** ( What's this? )

I always appreciate a good vitamin blend added to my beverages, but if I'm reaching for an energy shot, it's because I need a serious jolt. That reach usually means I'm deep in the "sunken place" but trying to pull it together and handle business!

While I did feel a bit more clarity after taking these Vitamin Energy shots, they just didn't pack the punch I needed, and usually get, from 5 Hour Energy. As for the taste… not a fan. I tried both the grape and fruit punch flavors, and they both had this unpleasant mild cough syrup vibe. Then again, if they had given me the energy boost I was looking for, I probably wouldn't have had time to sit around thinking about the flavor, I'd have been too busy getting stuff done!



Brutally Honest Bee

★★★☆☆ **A Bit Of Enhanced Clarity But Not Enough Of A Energy Boost**

Reviewed in the United States on August 8, 2025

**Amazon Vine Customer Review of Free Product** ( What's this? )

These Vitamin Energy shots don't quite compare to the quick, all-around boost I get from 5-Hour Energy. I did notice a bit of improved clarity, enough to sit down and focus on writing, but I definitely wasn't hit with that full-body jolt of energy that gets me cleaning the house like the other brand does. The taste was also a little off-putting, kind of like a mild cough syrup. Thankfully, it fades pretty quickly, and I would've been fine to ignore it if the energy kick had delivered. That said, I do appreciate the vitamin blend, and the 8-pack of individual shots feels like a decent value for the price.



**<u>Response</u>**:

**<u>Request for Production No. 2</u>**: Documents sufficient to identify the name, billing address, shipping address, and IP address for the user that left the following reviews:

Rich L

★★★☆☆ **There are better flavors from this brand and contains sucralose**

Reviewed in the United States on January 11, 2025

Flavor Name: Mango | Size: 1.93 Fl Oz (Pack of 24) | **Amazon Vine Customer Review of Free Product** ( What's this? )

The Mango flavor from this brand is not one of the better tasting of the flavors I've tried from them. I've also tried the Grape and Tropical Berry flavors and those taste much better than this one in my opinion.

Energy drinks typically have a bitter/medicine aftertaste, but this Mango flavor brings it to a whole new level and not is a good way. For me it had a very sour taste along with the medicine taste. I would suggest the Grape/Berry over this one.

The best way to drink this is all at once in my opinion, don't sip on it.

For this specific flavor, the ingredients are weaker than other flavors this brand offers.

Also since it is an energy drink, be aware it has as much caffeine as nearly 3 cups of coffee, so plan ahead if you are going to drink it.

The one main thing that most people don't like to see are products that contain sucralose and unfortunately this product has it as part of the ingredients.

Rich L

★★★☆☆ **The flavors taste good, but they contain Sucralose and Red 40 food dye**

Reviewed in the United States on March 15, 2025

Flavor Name: Blue Raspberry | Size: 1.93 Fl Oz (Pack of 48) | **Amazon Vine Customer Review of Free Product** ( What's this? )

These energy shots are not really two doses as other energy drinks like this are just one dose, so to say each bottle contains two doses is just gimmicky in my opinion.

The Blue Raspberry flavor from this brand is mild and not too sweet with almost no aftertaste. Also since it is an energy drink, be aware each bottle has as much caffeine as nearly 3 cups of coffee, so plan ahead if you are going to drink it.

The main thing that most people don't like to see are products that contain sucralose and red 40 food dye and unfortunately this product has them as part of the ingredients. Because this product contains two ingredients that are frowned upon, I'm removing two stars.

**<u>Response</u>**:

**<u>Request for Production No. 3</u>**: Documents sufficient to identify the name, billing address, shipping address, and IP address for the user that left the following reviews:



Customer Review

Spockwithalightsaber

★★★☆☆ **Not a fan, causes me to crash pretty hard a few hours later**

Reviewed in the United States on June 11, 2025

Flavor Name: Mixed Berry | Size: 1.93 Fl Oz (Pack of 48) | **Amazon Vine Customer Review of Free Product** ( What's this? )

So these are an alternative to a more known brand of energy shots, but I don't think they are that good. I do like them don't get me wrong, but they seem to just be about caffeine and not the ridiculous amount of b12 in the other brand. Personally I'm not a fan of large amount of caffeine as I get jitters and a little uncomfortable which is exactly how I feel when taking these. I'm also skeptical of the 7hrs of energy claim sense it seems like I crash hard only a few after later and end up taking a midday nap after work.

I actually do like the taste, but some of my coworkers have complained about it. For them they actually do like the caffine of it though so I guess to each their own. Your mileage may varry, but for me I dont think i'll be ordering any more of these and will be sticking to the other more known brand of energy shots.

**<u>Response</u>:**

**<u>Request for Production No. 4:</u>** Documents sufficient to identify the name, billing address, shipping address, IP address, and Amazon username for the users that placed the following orders:

| Date (Transaction Paid) | Amazon Order ID |
|---|---|
| 2019-08-11 | 114-0263002-4494652 - Immune+ Orange ordered to 48331-3431 |
| 2020-04-13 | 113-6106023-7985034 - Variety Pack ordered to 48331-3431 |
| 2020-04-29 | 114-2747471-4571453 |
| 2020-05-29 | 111-1098954-5554657 |
| 2020-06-28 | 114-4123560-0505062 |
| 2020-07-08 | 111-4315011-6547445 |
| 2020-07-13 | 111-1925502-9473838 |
| 2020-07-27 | 113-3211262-3345859 |
| 2020-08-18 | 112-4494588-5985063 |
| 2020-09-02 | 112-8545612-0391416 |
| 2020-09-16 | 111-9832533-4094615 |
| 2020-10-18 | 111-2069626-1347433 |
| 2020-10-28 | 113-1067714-8420259 |
| 2021-04-19 | 113-1243680-5082635 |
| 2021-06-09 | 112-8805366-8557045 |
| 2021-06-17 | 112-0524779-8675421 |
| 2021-06-27 | 111-9804284-0981059 |
| 2021-07-03 | 111-2047185-6764203 |
| 2021-07-09 | 111-5089106-6445067 |
| 2021-07-25 | 114-8830619-5814632 |
| 2021-07-31 | 114-3789412-9458653 |
| 2021-08-06 | 114-8993315-8146631 |
| 2021-08-24 | 114-6003503-6146631 |
| 2021-08-27 | 114-0573149-4763400 |
| 2021-08-27 | 114-5644193-0993064 |
| 2021-09-10 | 114-3482377-1852235 |
| 2021-09-27 | 113-7567831-2982627 |
| 2021-09-29 | 113-5466459-2484236 |
| 2021-10-22 | 114-0737723-6937847 |
| 2021-11-09 | 112-5843291-5941814 |
| 2021-12-02 | 112-2424137-9393845 |
| 2021-12-12 | 112-1954087-4497037 |
| 2021-12-27 | 114-2611615-4678614 |
| 2022-01-14 | 111-4103401-3022653 |
| 2022-01-21 | 111-9434263-8567400 |
| 2022-02-18 | 113-3828920-9305054 |
| 2022-02-21 | 113-2655306-0710628 |
| 2022-03-20 | 113-5554131-5591448 |
| 2022-04-02 | 113-0080172-9210618 |
| 2022-05-18 | 114-3644175-5042618 |

| Date (Transaction Paid) | Amazon Order ID | Address |
|---|---|---|
| 2021-07-13 | 112-1052936-3290638 | MI FARMINGTON HILLS 48334-2367 |
| 2021-10-17 | 111-7700261-2102644 | MI FARMINGTON 48335-3057 |
| 2021-10-17 | 111-7700261-2102644 | MI FARMINGTON 48335-3057 |
| 2023-11-24 | 113-7180114-9909003 | MI FARMINGTON HILLS 48336-3532 |
| 2024-02-14 | 113-4734460-6062603 | MI FARMINGTON HILLS 48336-3532 |
| 2024-08-06 | 113-6864146-0208245 | MI FARMINGTON HILLS 48334 |
| 2024-09-18 | 111-3867664-6029042 | MI FARMINGTON 48335 |
| 2024-10-01 | 113-0540903-1437002 | MI FARMINGTON 48336 |
| 2024-11-29 | 113-0429195-4235424 | MI FARMINGTON 48336 |
| 2025-01-12 | 113-8639173-5180219 | MI FARMINGTON 48336 |
| 2025-01-17 | 114-5463908-0859440 | MI FARMINGTON 48336 |

| | |
|---|---|
| 2022-05-25 | 114-5927812-5170667 |
| 2022-05-26 | 113-3566938-2445031 |
| 2022-05-27 | 113-3257068-3251454 |
| 2022-06-21 | 112-2543017-2505815 |
| 2022-07-03 | 112-3138083-7816217 |
| 2022-07-17 | 112-3911619-5498638 |
| 2022-08-01 | 112-9643518-7071463 |
| 2022-08-30 | 113-7132370-5267450 |
| 2022-09-05 | 113-7132370-5267450 |
| 2022-09-06 | 113-5416446-5753809 |
| 2025-01-11 | 111-2133505-2721003 |
| 2025-03-14 | 111-6630866-4243419 |
| 2025-03-15 | 111-2727065-3571456 |
| 2025-03-23 | 111-7529632-4756211 |
| 2025-06-15 | 111-5061992-2657026 |
| 2025-06-16 | 113-7053415-5089822 |
| 2025-06-19 | 113-2150740-5841065 |
| 2025-06-23 | 114-0853487-2313858 |
| 2025-06-27 | 114-6355552-8457849 |
| 2025-07-08 | 112-3051933-5529018 |

**Response:**