**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **INTERNATIONAL IP HOLDINGS, LLC**, a Michigan limited liability company, and **INNOVATION VENTURES, LLC**, a Michigan limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>**VITAMIN ENERGY, INC.**, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:19-CV-11716-DPH-MKM<br><br>Hon. Denise Page Hood<br><br>Magistrate Judge David R. Grand |

## DECLARATION OF DEIMAR GUTIERREZ

I, Deimar Gutierrez, declare as follows:

1. I am the Chief Operating Officer of Defendant Vitamin Energy, Inc. I submit this declaration in support of Defendant's Motion for Limited Discovery. I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify thereto.

2. Since December 2024, I have led Vitamin Energy's Amazon strategy. I oversee our advertising programs with agency support and manage a review-

monitoring team that produces weekly reports to track consumer feedback and inform product and listing improvements.

3. Honest consumer reviews are highly valuable to any brand, as they help to establish social proof for products, increase visibility, build trust with potential buyers, and provide product feedback for improvement.

4. On Amazon, reviews are not just feedback — they are one of the most powerful drivers of sales. A product's star rating determines whether it appears in filtered searches such as "4 stars & up," and even a small drop in average rating can dramatically reduce visibility and conversion rates. Reviews also shape consumer trust: a string of neutral or negative ratings can push shoppers to competing products, while strong reviews create the social proof that convinces buyers to purchase. Amazon highlights distinctions between reviews — "Verified Purchase" reviews are marked with a badge and seen as more credible by customers; non-verified reviews lack that trust signal; and Vine reviews, which carry a Vine badge and often include photos or videos, are especially prominent. While Amazon does not disclose its exact ranking formula, it is widely accepted in the industry that these review categories heavily influence consumer behavior, making reviews one of the most critical competitive levers on the platform.

5. Sellers can list products on Amazon either on an "FBS" (fulfilled by seller) or an "FBA" (fulfilled by Amazon) basis. Under FBA — which represents the vast

majority of Amazon sales, including nearly all of Vitamin Energy's current volume — the seller ships inventory to Amazon's warehouses, and Amazon fulfills orders directly to customers. In these cases, Amazon provides only limited shipping information, typically the state, city, and ZIP code of the recipient. The seller does not receive the full address or the Amazon user's identity, making it difficult to directly link reviews to specific orders without additional information. Buyer details may occasionally appear in order records, but this is inconsistent and not guaranteed. Vine orders are even more restricted: in the order management menu, all identifying details are masked, though Transactions and Orders reports may still display the ASIN and location data. By contrast, Vitamin Energy's earliest Amazon sales in 2019 were fulfilled directly (FBS), and those records included customer names, phone numbers, and full contact details. As a result, while FBA limits traceability, certain order records — particularly from earlier periods — do allow reviews to be connected back to identifiable customers.

6. In recent months, I personally reviewed approximately 3,800 Amazon reviews for Vitamin Energy products. Roughly 87% of those reviews are four stars or higher. Many of the reviews in this sample are Vine reviews tied to relaunches and new-flavor introductions.

7. Amazon's Vine program allows a select group of pre-approved reviewers to receive free products in exchange for detailed feedback, often with photos or

videos. Importantly, reviewers select which products they wish to review, a feature that creates an appearance of independence and makes Vine a powerful tool for brands launching new items and building early social proof—one of the strongest drivers of e-commerce sales. Vine reviews carry a distinctive badge, are prominently displayed on product detail pages, and are typically longer and more detailed than standard reviews. For these reasons, consumers often view Vine reviews as more credible and trustworthy. Because of this elevated trust and visibility, Vine reviews can significantly shape a product's rating and sales trajectory. That same influence, however, also makes the program vulnerable to strategic misuse.

8. I have identified some suspicious reviews.

   a) Example — "Brutally Honest Bee." On August 8, 2025, the Vine account "Brutally Honest Bee" posted two separate 3-star reviews of two Vitamin Energy Immune+ SKUs (ASINs B0F3RJ76X4, B0F3R8Q6Y8). Both reviews explicitly compare Vitamin Energy's products unfavorably to 5-Hour Energy and include statements such as "Going back to 5-Hour Shots!" and "These Vitamin Energy shots don't quite compare to the quick, all-around boost I get from 5-Hour Energy." I found the language and content of these reviews to be strange and so investigated further. I reviewed Vitamin Energy's Vine

order records to identify the customers that ordered both of the SKUs that Brutally Honest Bee reviewed. Only two customers met this criterion. One customer had his or her order shipped to Farmington Hills, MI (zip code 48331). The second customer had his or her order shipped to Los Angeles, CA (zip code 90043).

Customer Review

Brutally Honest Bee

★★★☆☆ **Going Back To 5 Hour Shots!**

Reviewed in the United States on August 8, 2025

**Amazon Vine Customer Review of Free Product** ( What's this? )

I always appreciate a good vitamin blend added to my beverages, but if I'm reaching for an energy shot, it's because I need a serious jolt. That reach usually means I'm deep in the "sunken place" but trying to pull it together and handle business!

While I did feel a bit more clarity after taking these Vitamin Energy shots, they just didn't pack the punch I needed, and usually get, from 5 Hour Energy. As for the taste... not a fan. I tried both the grape and fruit punch flavors, and they both had this unpleasant mild cough syrup vibe. Then again, if they had given me the energy boost I was looking for, I probably wouldn't have had time to sit around thinking about the flavor, I'd have been too busy getting stuff done!



Customer Review

Brutally Honest Bee

★★★☆☆ **A Bit Of Enhanced Clarity But Not Enough Of A Energy Boost**

Reviewed in the United States on August 8, 2025

**Amazon Vine Customer Review of Free Product** ( What's this? )

These Vitamin Energy shots don't quite compare to the quick, all-around boost I get from 5-Hour Energy. I did notice a bit of improved clarity, enough to sit down and focus on writing, but I definitely wasn't hit with that full-body jolt of energy that gets me cleaning the house like the other brand does. The taste was also a little off-putting, kind of like a mild cough syrup. Thankfully, it fades pretty quickly, and I would've been fine to ignore it if the energy kick had delivered. That said, I do appreciate the vitamin blend, and the 8-pack of individual shots feels like a decent value for the price.



b) Example – "Rich L." In January and March 2025, Rich L posted two 3-star reviews of Vitamin Energy products, deducting stars for ingredients he described as "frowned upon" (sucralose, Red 40—review pictured below). Days earlier the same reviewer gave 5 stars to 5-Hour Energy while acknowledging the same ingredients (pictured

below). This is not typical behavior for genuine consumers—a person would either accept or not accept products with these ingredients. The same sort of analysis described above for Brutally Honest Bee (cross-referencing products reviewed with products ordered) ties Rich L to a group of 17 Vine orders placed in 2025 shipping to the same zip+4 in New Hampshire. This is not a particularly populous zip code (https://www.unitedstateszipcodes.org/03103/) and it is not expected to have 17 Vine orders ship to it in the same year.

Rich L

★★★☆☆ **There are better flavors from this brand and contains sucralose**

Reviewed in the United States on January 11, 2025

Flavor Name: Mango | Size: 1.93 Fl Oz (Pack of 24) | **Amazon Vine Customer Review of Free Product** ( What's this? )

The Mango flavor from this brand is not one of the better tasting of the flavors I've tried from them. I've also tried the Grape and Tropical Berry flavors and those taste much better than this one in my opinion.

Energy drinks typically have a bitter/medicine aftertaste, but this Mango flavor brings it to a whole new level and not is a good way. For me it had a very sour taste along with the medicine taste. I would suggest the Grape/Berry over this one.

The best way to drink this is all at once in my opinion, don't sip on it.

For this specific flavor, the ingredients are weaker than other flavors this brand offers.

Also since it is an energy drink, be aware it has as much caffeine as nearly 3 cups of coffee, so plan ahead if you are going to drink it.

The one main thing that most people don't like to see are products that contain sucralose and unfortunately this product has it as part of the ingredients.

Rich L

★★★☆☆ **The flavors taste good, but they contain Sucralose and Red 40 food dye**

Reviewed in the United States on March 15, 2025

Flavor Name: Blue Raspberry | Size: 1.93 Fl Oz (Pack of 48) | **Amazon Vine Customer Review of Free Product** ( What's this? )

These energy shots are not really two doses as other energy drinks like this are just one dose, so to say each bottle contains two doses is just gimmicky in my opinion.

The Blue Raspberry flavor from this brand is mild and not too sweet with almost no aftertaste. Also since it is an energy drink, be aware each bottle has as much caffeine as nearly 3 cups of coffee, so plan ahead if you are going to drink it.

The main thing that most people don't like to see are products that contain sucralose and red 40 food dye and unfortunately this product has them as part of the ingredients. Because this product contains two ingredients that are frowned upon, I'm removing two stars.

Rich L

**Still one of the best tasting energy shots on the market, but contains sucralose**

Calificado en Estados Unidos el 20 de marzo de 2025

Nombre del sabor: Paquete variado: Apple Bash, Rocket Raspberry, Pineapple Charge | Tamaño: 24 Count | **Opinión del cliente de Amazon Vine sobre un producto gratis** ( ¿Qué es esto? )

These 5 Hour energy shots are some of the best tasting energy shots available when compared to other brands on the market. These have nearly no aftertaste like others I've tried and the flavors are usually strong and pronounced.

Raspberry - Very sweet and citric raspberry flavor, no bad aftertaste. This one tastes like soda with no carbonation (co2)

Apple - Very tart and citric with no bad aftertaste. This one tastes like tart candies.

Pineapple - Very strong citric taste with some sweetness but almost no pineapple flavor.

In my opinion the best of the three is the Raspberry flavor.

The one negative most people don't like to see are products that contain sucralose and unfortunately this product uses it as an ingredient.

c) Example – Spockwithalightsaber: In a video review of Vitamin Energy this reviewer repeatedly emphasized alleged regulatory/testing deficiencies (e.g., "not FDA regulated," "not tested at all"). The same reviewer's 5-Hour Energy video downplays similar concerns and calls that product "perfectly safe." Screenshots of both reviews are pictured below, but additional content appears in the videos accompanying the reviews. Again, this is not typical behavior for a consumer—a person would either accept the unregulated nature of a product or not.

## Customer Review

Spockwithalightsaber

**Not a fan, causes me to crash pretty hard a few hours later**

Reviewed in the United States on June 11, 2025

Flavor Name: Mixed Berry | Size: 1.93 Fl Oz (Pack of 48) | **Amazon Vine Customer Review of Free Product** ( What's this? )



So these are an alternative to a more known brand of energy shots, but I don't think they are that good. I do like them don't get me wrong, but they seem to just be about caffeine and not the ridiculous amount of b12 in the other brand. Personally I'm not a fan of large amount of caffeine as I get jitters and a little uncomfortable which is exactly how I feel when taking these. I'm also skeptical of the 7hrs of energy claim sense it seems like I crash hard only a few after later and end up taking a midday nap after work.

I actually do like the taste, but some of my coworkers have complained about it. For them they actually do like the caffine of it though so I guess to each their own. Your mileage may varry, but for me I dont think i'll be ordering any more of these and will be sticking to the other more known brand of energy shots.

Spockwithalightsaber

★★★★★ **5 hour energy at whole sale prices!**

Reviewed in the United States on May 6, 2025

**Amazon Vine Customer Review of Free Product** ( What's this? )



these are the regular 5 hour energies you would buy at any convenience store or gas station just in bulk. If you regularly buy single packs of them then these are way cheaper and are definitely worth it. I drink lotus energy drinks pretty regularly but sometimes you just need that quick shot of energy instead of drinking an entire energy drink. I definitely feel the energy from these the same I would from drinking a full energy drink. They taste... ok. A little strong for my liking but they are taken as a shot so not much of an issue. You can dilute them into any ole drink if you like but I prefer to just take them as a shot. Gonna be 5 stars, one for each hour of energy.

9. I reviewed Vitamin Energy's order records to identify all Amazon orders that have shipped to 5 Hour's zip code 48331 in Farmington Hills, MI from 2019 to 2025. This search revealed about 60 orders. This zip code is not even in the top 50 most populous zip codes in Michigan (https://www.unitedstateszipcodes.org/rankings/zips-in-mi/population/) and it is unexpected that 60 orders would have shipped there. For comparison, 186 orders have shipped to the city of Detroit, spread across 25 zip codes, in the same time period. Detroit's population is over 600,000 people,[1] in comparison to the population of the zip code 48331, which is about 22,000 people.[2]

10. Vitamin Energy records show an FBS order (ID 111-1098954-5554657) placed under the name Manoj Bhargava, the founder and owner of 5-Hour Energy,

---

[1] https://en.wikipedia.org/wiki/Detroit

[2] https://www.unitedstateszipcodes.org/48331/

was shipped to zip code 48331-3431, tying this zip+4 to 5-Hour's corporate headquarters in Farmington Hills, MI.

11. I identified eight Vine orders that shipped to zip code 48331 in Farmington Hills, MI, shown below. Although the zip+4 is different than that of 5 Hour's headquarters, Vitamin Energy is aware that 5 Hour has purchased its products to other addresses in the past.

| Date | Amazon Order ID | Product | Pack Size | Zip Code |
|---|---|---|---|---|
| **2025-01-11** | **111-2133505-2721003** | **Workout+ Sour Apple** | **48** | **48331-2246** |
| **2025-03-14** | **111-6630866-4243419** | **Energy Shot - Mixed Berry** | **12** | **48331-2246** |
| **2025-03-15** | **111-2727065-3571456** | **Energy Shot - Cherry Limeade** | **24** | **48331-2246** |
| **2025-03-23** | **111-7529632-4756211** | **Hydration+ Blue Raspberry** | **48** | **48331-2246** |
| **2025-06-15** | **111-5061992-2657026** | **Vitamin D - Mixed Berry** | **24** | **48331-2246** |
| 2025-06-23 | 114-0853487-2313858 | Immune+ Fruit Punch | 8 | 48331-3609 |
| 2025-06-27 | 114-6355552-8457849 | Immune+ Grape | 8 | 48331-2705 |
| 2025-07-08 | 112-3051933-5529018 | Burner+ Pomegranate Acai | 48 | 48331-5886 |

12. For example, on 2020-05-28, an FBS order (ID 111-8936242-6300240) was placed under the name Kate Wilson — a marketing consultant for 5 Hour— and shipped to Moorestown, NJ 08057. Three other orders have been shipped to the same zip code, as shown below:

| Date | Order ID | Product Description |
|---|---|---|
| 2020-05-28 | 111-8936242-6300240 | Vitamin Energy Variety Pack |
| 2021-03-21 | 111-4547113-8499408 | Vitamin Energy Focus+ — Tropical Infusion |
| 2024-08-31 | 112-3719588-6877809 | Vitamin Energy Immune+ — Orange Burst |
| 2025-07-13 | 112-4425135-7385051 | Energy Shot — Blue Raspberry |

13. I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Signed on this 16th day of September, 2025.

______________________________

Deimar Guiterrez