UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

INTERNATIONAL IP HOLDINGS, LLC, a Michigan limited liability company, and INNOVATION VENTURES, LLC, a Michigan limited liability company,

Plaintiffs,

vs

VITAMIN ENERGY, LLC, a Delaware limited liability company,

Defendant.

Case No. 2:19-cv-11716
Hon. Denise Page Hood
Mag. Judge David R. Grand

________________________________/

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DEPONENT: KATE WILSON
DATE: Thursday, May 29, 2025
TIME: 8:50 a.m.
LOCATION: BROOKS KUSHMAN PC
150 W 2nd St Ste 400N
Royal Oak, Michigan
REPORTER: Jeanette M. Fallon, CRR/RMR/CSR-3267
JOB NUMBER: 39856

APPEARANCES:

BROOKS KUSHMAN PC
By: Thomas W. Cunningham
100 Town Center 22nd Floor
Southfield, Michigan 48075
248.358.4400
tcunningham@brookskushman.com
Appearing on behalf of the Plaintiffs.

EVIA LAW
By: Jessica Fleetham
32400 Telegraph Rd Ste 103
Bingham Farms, Michigan 48025
248.232.0013
jessica@evialaw.com
Appearing on behalf of the Defendant.

ALSO PRESENT:
Craig O. Pavlock, Oakland Lawyers Group, PLLC



TABLE OF CONTENTS


| WITNESS | PAGE |
|---|---|
| KATE WILSON | |
| Examination by Ms. Fleetham | 5 |


E X H I B I T S


| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | KW000001 - KW000008 | 9 |
| Exhibit 2 | VE001900 | 25 |
| Exhibit 3 | PLTFS014128 - PLTFS014177 | 30 |
| Exhibit 4 | PLTFS013764 - PLTFS013799 | 39 |
| Exhibit 5 | 4/29/19 Email, 2pp, between Vitamin Energy and Kate Wilson | 47 |
| Exhibit 6 | KW000045 | 60 |
| Exhibit 7 | PLTFS007410 | 61 |
| Exhibit 8 | PLTFS007548 - PLTFS007555 | 65 |
| Exhibit 9 | PLTFS003000 - PLTFS003002 | 79 |
| Exhibit 10 | Picture of "Daily Immune Support Plus 5-hour Energy" Bottle | 85 |




E X H I B I T S


| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 11 | Audio of phone call, VE002315 | 93 |
| Exhibit 12 | PLTFS002485 - PLTFS002497 | 97 |
| Exhibit 13 | PLTFS009921 - PLTFS009924 | 105 |
| Exhibit 14 | PLTFS005945 - PLTFS005979 | 119 |
| Exhibit 15 | PLTFS010692 - PLTFS010693 | 143 |
| Exhibit 16 | PLTFS010507 - PLTFS010508 | 148 |
| Exhibit 17 | PLTFS014694 - PLTFS014696 | 153 |
| Exhibit 18 | 2/23/24 Email from Wilson, attaching PastedGraphic-1.pdf | 162 |




Royal Oak, Michigan
Thursday, May 29, 2025
8:50 a.m.
* * *
KATE WILSON
having first been duly sworn, was examined and testified as follows:

EXAMINATION

BY MS. FLEETHAM:

Q. Good morning, Ms. Wilson. I'm going to take your deposition today. Have you had your deposition taken before?

**A. No.**

Q. Okay, I'm going to be asking you some questions. I'm going to ask that you say your answers out loud so the court reporter here can take them down. If you need a break, just let me know, we can take a break anytime, I'd just ask that you answer any question that I've asked that you haven't answered yet. And finally, if you answer my question, I'll assume that you understood it. If you don't understand it, just let me know and I'll clarify.

**A. Of course.**

Q. Okay. Ms. Wilson, who is representing you in this deposition today?

[redacted]

[redacted]

Q. And are you still affiliated with 5-hour today?
**A. No, I left in mid February.**

[redacted]

[redacted]

[redacted]

Page 22

[redacted]

Q. Okay. When did you first learn of Vitamin Energy?

**A. Oh, God, maybe I'm guessing four -- four or five years ago.**

Q. And what did you think of the brand?

**A. It tasted terrible. So I tried it and I was like, good luck, this is not a good tasting product.**

[redacted]

Page 23

[redacted]

Page 24

[redacted]

Page 25

[redacted]

Page 58

[redacted]

[redacted]

Q. This is an Amazon order; do you see that?
**A. Yep.**
Q. And do you see that the billing address is you, is that your home?
**A. Yep.**
Q. And you ordered Vitamin Energy Shots 8-pack, two of each; do you see that?
**A. Uh-huh.**
Q. And you shipped them to Mr. Bhargava in

[redacted]

Q. When did you have those conversations or do those

Page 61

Farmington Hills?
**A. Yes.**
Q. Is that 5-hour's office?
**A. Yep.**
Q. Why did you ship this product to Mr. Bhargava?
**A. Because I wasn't traveling because of COVID and I wanted people in the office to make sure they had tasted and tested these.**

[redacted]

[redacted]



[redacted]

Q. Did you ever call Vitamin Energy?

**A. Yes.**

Q. How many times?

**A. Once or twice.**

Q. Why did you call Vitamin Energy?

**A. I was trying to get a sample of their vitamin D product to see if it tasted better than the rest of the range and couldn't find it anywhere in market.**



**Normally I buy samples from competitors and try them.**

[redacted]



[redacted]

Page 94

[redacted]

**A. Yes.**

Q. Why did you make some incorrect statements during that call?

**A. In the same way that when I stand in a 7-Eleven or Walmart and talk to shoppers, I don't say I work for 5-hour, because it changes the answers you get. So I was playing the role of I'm just an interested consumer because I wanted to try and get some competitive information, same as all the name brands.**

Q. Eventually you realize that the person you were talking to, Mr. Garmin (ph), knew who you were; right?

**A. Yes.**

Page 95

Q. And he asked if you worked for Manoj?

**A. Yes.**

Q. Did did you say that you stopped working for Manoj?

**A. Exactly the answer I've given you.**

Q. But that wasn't true; right?

**A. Well, I was working for Jeff as a contractor, so, no, that wasn't true, but also is true, because working for Jeff as a contractor, not him.**

[redacted]

Page 96

[redacted]

Page 97

[redacted]