**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**INTERNATIONAL IP HOLDINGS, LLC,** a Michigan limited liability company, and **INNOVATION VENTURES, LLC,** a Michigan limited liability company,

Plaintiffs,

**v.**

**VITAMIN ENERGY, LLC**, a Delaware limited liability company,

Defendant.

Case No. 2:19-cv-11716-DPH-DRG

Hon. Denise Page Hood
Mag. Judge David R. Grand

*JURY TRIAL DEMANDED*

# EXPERT REPORT OF GREGORY S. CARPENTER

[redacted]

85. I have also been advised of instances where consumers appear to have believed Vitamin Energy's shots were produced by 5-Hour Energy. For example, I understand that consumers have posted reviews for Vitamin Energy's energy shots on Amazon that appear to indicate the individuals affiliated the product with 5-Hour Energy. In one instance, a customer wrote "it works as good as *original 5 hours energy shot*, but absolutely horrible taste."[98] Another customer wrote that "they taste gross and make u feel sick and do not give u energy a *regular 5hr energy* is way better . . . I would say do not buy this at all."[99] Such posts are evidence that is consistent with Vitamin Energy evoking the 5 Hour Energy brand. Further, such posts reinforce the belief that Vitamin Energy's energy shots and 5-Hour Energy are affiliated or linked in some way.

[redacted]

[redacted]

88. By using several symbols that evoke the 5-Hour Energy brand such as bright colors and using an integer, hour, and energy, albeit with slight modifications, Vitamin Energy's energy shot products could easily be interpreted by a reasonable consumer as a member of the 5-Hour Energy product family that has been introduced through using sub-brands. The consumer reviews I mentioned above provide empirical evidence that consumers do in fact

---

[redacted]

[98] PLTFS017614 (emphasis added).

[99] PLTFS017617 (emphasis added).

[redacted]

[redacted]

[redacted]

assume this incorrect affiliation, which is consistent with Vitamin Energy evoking the 5-Hour Energy brand. The presentation of Vitamin Energy products on racks shared with 5-Hour Energy noted above also reinforces this association. Moreover, the fact that no other energy shots on the market use similar phrases only further suggests to consumers that the number-hour-energy language designates a brand rather than an industry-wide convention.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

---

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

110. Another review titled, "Claiming to do, does not," stated: "As the product says it will, it did not rovide [sic] 7hrs of energy....more like 3 & the energy level was very subtle. I won't be ordering the ridyct [sic] again, sorry to say. A big disappointment."[125] Yet another review warned others "DO NOT BUY: MADE ME VERY SICK" and stated: "Do not buy this energy drink no matter what you do. It was disgusting and made me really sick. I was throwing up for hours after taking this and felt terrible. Horrible."[126]

[redacted]

112. These reviews demonstrate that consumers express negative thoughts or feelings about Vitamin Energy's energy shots. By having and posting these negative thoughts or feelings, consumers can influence other consumers and retailers. The perceived association between Vitamin Energy and 5-Hour Energy, created by Vitamin Energy's copycat strategy, implies that negative thoughts, feelings and associations arising from consumers' experience with Vitamin Energy may negatively affect 5-Hour Energy. For example, consumer perceptions of the quality or taste of 5-Hour Energy can suffer, reducing the value of the 5-Hour Energy brand. So long as Vitamin Energy's energy shots evoke the 5-Hour Energy brand, the harm to Innovation Ventures will continue.

[redacted]

---

[redacted]

[redacted]

[125] PLTFS017635.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

---

[redacted]

117. I reserve the right to supplement my opinions based on further analysis and new information and to make exhibits and demonstratives that illustrate and explain my testimony.

Date: July 8, 2025

Gregory S. Carpenter